**Order entered February 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00707-CR
No. 05-14-00708-CR
No. 05-14-00709-CR

**TERRY WILLIAM STRACHAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 296-80709-2013, 296-80710-2013, 296-80940-2013**

## ORDER

Counsel has filed an *Anders* brief for the above appeals. After reviewing the brief, we conclude it does not comply with the requirements of *Anders v. California*, and its progeny. Specifically, while presenting the procedural history of the case and making statements that appellant's pleas were voluntary, he received effective assistance of counsel, and he was sentenced within the punishment ranges for the offenses, counsel does not discuss the plea proceedings, address the factual bases for the conclusions made, or cite any case law or statutory authority regarding the admonishments given, the effectiveness of counsel, or the applicable punishment ranges for the offenses. Moreover, an *Anders* brief is a brief in support of a motion

to withdraw as counsel, and not motion to withdraw has been filed.  Accordingly, we **STRIKE** the *Anders* brief filed on February 11, 2015.

We **ORDER** counsel to file, within **THIRTY DAYS** of the date of this order, either a motion to withdraw supported by a brief that complies with the requirements of *Anders* and its progeny, or a brief raising issues on the merits.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/  ADA BROWN
    JUSTICE